1

2  Presented to the Court by the foreman of the
   Grand Jury in open Court, in the presence of
3  the Grand Jury and FILED in The U.S.
   DISTRICT COURT at Seattle, Washington.

4  _MARCH 29_____ 20___

5       BRUCE RIFKIN,   Clerk

6  _By_____ Deputy

7

8

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By_____
                    Deputy Clerk

7              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

9  UNITED STATES OF AMERICA,

10            Plaintiff,

11       v.

12  NORMAN CHUA GONZALES,
    FELIPE MARAMBA,
13  JERRY RACCA,
    ELEAZAR BASILIO,
14  JONATHAN ESCALANTE,
    JECER BELEN, and
15  ROLANDO HERNANDEZ,

16            Defendants.

CR06  0106 RSM

INDICTMENT

17

18  The Grand Jury charges that:

                    **COUNT ONE**
19              (Conspiracy to Commit Bank Fraud)

20  **A.    The Offense**

21       1.    At an exact time unknown, but sometime in or about July 2003, and

22  continuing through the present, within the Western District of Washington and elsewhere,

23  defendants NORMAN CHUA GONZALES, FELIPE MARAMBA, JERRY RACCA,

24  ELEAZAR BASILIO, JONATHAN ESCALANTE, JECER BELEN, ROLANDO

25  HERNANDEZ, and others known and unknown, did knowingly and wilfully conspire,

26  combine, confederate and agree to devise and execute a scheme and artifice to obtain

27  moneys, funds, credits and other property owned by and under the custody and control of

28  U.S. Bank, MBNA America, Bank of America, Bank One, Washington Mutual Savings

1   Bank, Boeing Employees Credit Union, Wells Fargo, Kitsap Credit Union, and Key Bank

2   ("the banks"), financial institutions as defined by Title 18, United States Code,

3   Section 20, by means of false and fraudulent pretenses, representations, and promises as

4   described below, in violation of Title 18, United States Code, Section 1344 (Bank Fraud)

5   and 2.

6   **B.    The Object of the Conspiracy**

7         2.    The object of the conspiracy was to fraudulently obtain cash and funds from

8   the banks by stealing mail, forging and altering checks stolen from the mail, and cashing

9   or depositing the forged and altered checks at the aforementioned banks.

10  **C.    Manner and Means of the Conspiracy**

11        3.    It was part of the conspiracy and scheme and artifice to defraud that

12  NORMAN CHUA GONZALES and others stole United States mail to obtain credit card

13  convenience checks and personal checks. Credit card convenience checks are checks

14  issued by banks that, when used, are drawn on the available credit on a credit card

15  account.

16        4.    It was further part of the conspiracy and scheme and artifice to defraud that

17  NORMAN CHUA GONZALES, FELIPE MARAMBA, JERRY RACCA, and

18  ELEAZAR BASILIO recruited and caused others, including JONATHAN ESCALANTE,

19  JECER BELEN, and ROLANDO HERNANDEZ, to deposit or cash at the

20  aforementioned banks the stolen checks that had been forged or altered by members of

21  the conspiracy.

22        5.    It was further part of the conspiracy and scheme and artifice to defraud that

23  NORMAN CHUA GONZALES, FELIPE MARAMBA, and JERRY RACCA usually

24  paid the individuals recruited to deposit and cash the stolen, forged and altered checks an

25  amount of the face value of such checks.

26        6.    It was further part of the conspiracy and scheme and artifice to defraud that

27  NORMAN CHUA GONZALES, JERRY RACCA, and ELEAZAR BASILIO themselves

28

INDICTMENT/GONZALES, et al. - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 4220
PAGE:004 R=100%

1   deposited or cashed at the aforementioned banks the stolen checks that had been forged or

2   altered by members of the conspiracy.

3       7.    It was further part of the conspiracy and scheme and artifice to defraud that

4   NORMAN CHUA GONZALES, FELIPE MARAMBA, JERRY RACCA, ELEAZAR

5   BASILIO, JONATHAN ESCALANTE, JECER BELEN, and ROLANDO

6   HERNANDEZ thereby obtained, and attempted to obtain, cash from the aforementioned

7   banks using the stolen checks that had been forged or altered by members of the

8   conspiracy. In each instance, they did not have permission to do so from the account

9   holders.

10      8.    It was further part of the conspiracy and scheme and artifice to defraud that

11  on or about the dates set forth below, at the direction of NORMAN CHUA GONZALES

12  and FELIPE MARAMBA, F.B.H. deposited and cashed the following stolen, forged and

13  altered checks into his checking account at BECU, knowing that the checks were stolen,

14  forged and altered:

| Check # | Date deposited | Payee | Bank issuing check | Payor | Amount |
|---|---|---|---|---|---|
| 4684 | 7/14/03 | F.B.H. | Bank One | K.U. | $1800 |
| 4371 | 7/15/03 | F.B.H. | Bank One | D.T. | $3800 |
| 4931 | 7/18/03 | F.B.H. | Bank One | M.H. | $4200 |
| 4274 | 7/21/03 | F.B.H. | MBNA America | R.A. | $4800 |
| 4275 | 7/22/03 | F.B.H. | MBNA America | R.A. | $2800 |

22  //

23  //

24  //

25  //

26  //

27  //

28  //

INDICTMENT/GONZALES, et al. - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220

1    9.    It was further part of the conspiracy and scheme and artifice to defraud that
2 on or about the dates set forth below, at the direction of NORMAN CHUA GONZALES
3 and FELIPE MARAMBA, C.G.D. deposited the following stolen, forged and altered
4 checks into his checking account at BECU:

| Check # | Date deposited | Payee | Bank issuing check | Payor | Amount |
|---------|----------------|-------|--------------------|-------|--------|
| 5519 | 10/24/03 | Cash | Bank One | J.W. | $650.00 |
| 5518 | 10/31/03 | Cash | Bank One | M.W. | $900.00 |
| 5519 | 11/10/03 | Cash | Bank One | M.L. and J.L. | $1500.00 |

10    10.    It was further part of the conspiracy and scheme and artifice to defraud that
11 on or about the dates set forth below, at the direction of FELIPE MARAMBA and
12 JERRY RACCA, R.N.S. cashed the following stolen, forged and altered checks, knowing
13 that the checks were stolen, forged and altered:

| Check # | Date cashed or deposited | Payee | Bank issuing check | Payor | Amount |
|---------|--------------------------|-------|--------------------|-------|--------|
| 4016 | 12/8/03 | Cash | U.S. Bank | R.R. | $800.00 |
| 4017 | 12/8/03 | Cash | U.S. Bank | R.R. | $1,000.00 |

18    11.    It was further part of the conspiracy and scheme and artifice to defraud that
19 on or about the dates set forth below, JONATHAN ESCALANTE cashed the following
20 stolen, forged and altered checks, knowing that the checks were stolen, forged and
21 altered:

| Check # | Date cashed | Location cashed | Payee | Bank issuing check | Payor | Amount |
|---------|-------------|-----------------|-------|--------------------|-------|--------|
| 4031 | 12/4/03 | U.S. Bank | Jonathan Escalante | U.S. Bank | R.A. | $750.00 |
| 4032 | 12/8/03 | U.S. Bank | Jonathan Escalante | U.S. Bank | R.A. | $500.00 |
| 1136 | 8/20/04 | Bank of America | Jonathan Escalante | Bank of America | H.B. | $79.60 |

28

INDICTMENT/GONZALES, et al. - 4

UNITED STATES ATTORNEY
701 C Street, Suite 600

12. It was further part of the conspiracy and scheme and artifice to defraud that on or about the dates set forth below, JECER BELEN cashed the following stolen, forged and altered checks, knowing that the checks were stolen, forged and altered:

| Check # | Date cashed | Location cashed | Payee | Bank issuing check | Payor | Amount |
|---|---|---|---|---|---|---|
| 4031 | 12/8/03 | U.S. Bank | Jecer S. Belen | U.S. Bank | M.I. | $900 |
| 4033 | 12/8/03 | U.S. Bank | Jecer Belen | U.S. Bank | M.I. | $850 |

13. It was further part of the conspiracy and scheme and artifice to defraud that on or about the dates set forth below, ROLANDO DEL MUNDO HERNANDEZ deposited or cashed the following stolen, forged and altered checks, knowing that the checks were stolen, forged and altered:

| Check # | Date cashed or deposited | Location cashed or deposited | Payee | Bank issuing check | Payor | Amount |
|---|---|---|---|---|---|---|
| 5520 | 11/10/03 | BECU | Rolando Hernandez | FirstUSA/ Bank One | M.L. and J.L. | $2500 |
| 1133 | 8/20/04 | Bank of America | Rolando Hernandez | Bank of America | H.B. | $100 |

14. It was further part of the conspiracy and scheme and artifice to defraud that NORMAN CHUA GONZALES, FELIPE MARAMBA, JERRY RACCA, ELEAZAR BASILIO, JONATHAN ESCALANTE, JECER BELEN, and ROLANDO HERNANDEZ thereby obtained a total of at least $72,000 to use for their own benefit and purposes.

D.    **Overt Acts**

15. In furtherance of the conspiracy and to accomplish one or more of its objects, the following overt acts were committed by one or more of the conspirators within the Western District of Washington:

Sent By: US MARSHAL D/AK AFTF;     907 271 1397;     Jun-26-06 11:47AM;     Page 8/9
MAY-30-2006 TUE 11:13 AM USMS SEATTLE WARRANTS     FAX NO. 2063708674     Page 6 of 7     P. 07

Case 3:06-mi-00131-JDR     Document 1     Filed 06/26/2006     Page 6 of 7

1        a.    In or about June and July of 2003, NORMAN CHUA GONZALES,

2  FELIPE MARAMBA, and ELEAZAR BASILIO recruited an individual with the initials

3  "F.B.H." to use his own checking account at Boeing Employees' Credit Union (BECU) to

4  deposit or cash stolen checks.

5        b.    On or about July 21, 2003, at the direction of NORMAN CHUA

6  GONZALES and FELIPE MARAMBA, F.B.H. deposited and cashed a stolen, forged

7  and altered check, number 4274, in the amount of $4800 into his checking account at

8  BECU, know the check was stolen, forged and altered.

9        c.    In or about October 2003, NORMAN CHUA GONZALES and

10  FELIPE MARAMBA recruited an individual with the initials "C.G.D." to use his own

11  checking account at BECU to deposit stolen checks.

12        d.    On or about November 10, 2003, at the direction of NORMAN

13  CHUA GONZALES and FELIPE MARAMBA, C.G.D. deposited a stolen, forged and

14  altered check, number 5519, in the amount of $1,500 into his checking account at BECU.

15        e.    In or about December 2003, FELIPE MARAMBA and JERRY

16  RACCA recruited an individual with the initials "R.N.S." to cash stolen checks.

17        f.    On or about December 8, 2003, at the direction of FELIPE

18  MARAMBA and JERRY RACCA, R.N.S. cashed a stolen, forged and altered check,

19  number 4017, in the amount of $1,000.

20        g.    On or about December 4, 2003, JONATHAN ESCALANTE cashed

21  a stolen, forged and altered check, number 4031, in the amount of $750.

22        h.    On or about December 8, 2003, JECER BELEN cashed a stolen,

23  forged and altered check, number 4031, in the amount of $900.

24        i.    On or about November 11, 2003, ROLANDO HERNANDEZ

25  deposited a stolen, forged and altered check, number 5520, in the amount of $2500 into

26  his checking account at BECU.

27      All in violation of Title 18, United States Code, Section 1349.

28

1    ## COUNT TWO

2    ### (Theft of Mail by Postal Employee)

3    On or about March 8, 2004, at Seattle, within the Western District of Washington,

4    NORMAN CHUA GONZALES, while employed by the United States Postal Service as a

5    clerk at a United States Postal Service Processing and Distribution Facility, did embezzle

6    and steal mail and articles and things contained therein, to wit: blank credit card

7    convenience checks, which had come into his possession and were entrusted to him for

8    delivery and conveyance by the United States mails to the various addresses.

9    All in violation of Title 18, United States Code, Section 1709.

10

11    A TRUE BILL:

12

13    DATED: *March 29, 2006*

14    *(Signature of Foreperson redacted pursuant to
the policy of the judicial conference.)*

15

16    FOREPERSON

17

18    JOHN McKAY
United States Attorney

19

20

21

22    LAWRENCE R. LINCOLN
Assistant United States Attorney

23

24

25

26    JILL OTAKE
27    Assistant United States Attorney

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
PAGE:009  R=100%