MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JONATHAN ESCALANTE__   CASE NO. __3:06-mj-00131-JDR__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____TODD MIKILOP_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI - APPOINTED_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: INITIAL APPEARANCE ON WESTERN DISTRICT OF WASHINGTON
            INDICTMENT HELD 6/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:03 p.m. court convened.

_X_ Copy of Indictment given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Financial Affidavit **FILED.**
  _X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Identity Hearing set **6/29/06 at 10:30 a.m.**

_X_ Detention uncontested.  Order of Detention Pending Trial **FILED**.

At 3:14 p.m. court adjourned.




DATE: __June 27, 2006__         DEPUTY CLERK'S INITIALS: __rc__