(Rev 10/05)

# LIST OF EXHIBITS

---

Case No. 3:06-mj-00131-JDR    Magistrate Judge/~~Judge~~: John D. Roberts

Title    U.S.A.
    vs.
    Jonathan Escalante

Dates of Hearing/Trial: 4/29/06

Deputy Clerk/Recorder: PMC

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| James Barkeley | Mike Dieni |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | ✓ | photo | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |